```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-60371-CIV-ZLOCH
```

JANICE CHRISTENSEN,

    Plaintiff,

vs.                                            **O R D E R**

MENTOR CORPORATION, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire Court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause in the Seventeenth Judicial Circuit in and for Broward County, Florida, against Defendants Mentor Corporation, Cleveland Clinic Florida, Pro Surg, Inc., and Tutogen Medical, Inc.  DE 1, Ex. D.  In its Notice Of Removal (DE 1), Defendant Mentor Corporation alleges that the Florida-state citizenship of the remaining Defendants should be ignored by the Court because they were fraudulently joined.  DE 1, p. 2.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that on or before <u>noon</u> on <u>Wednesday, April 2, 2008</u>, Plaintiff shall file with the Clerk of this Court a Response to the Notice Of Removal (DE 1), specifically addressing Defendant Mentor Corporation's allegations that its co-Defendants

were fraudulently joined.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of March, 2008.

                                                                   */s/ William J. Zloch*
                                                              WILLIAM J. ZLOCH
                                                              United States District Judge

Copies furnished:

All Counsel of Record